## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBYN N. SPRING, et al., | ) | 3:03-CV-627-BES (RAM) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 3, 2006 |
| | ) | |
| NEUTRONICS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On December 30, 2005, Defendants' counsel advised the court that the Motion for Protective Order (Doc. #14) has been settled by the parties. Therefore, the Motion for Protective Order (Doc. #14) is **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
    Deputy Clerk