THOMAS BRENNAN, ESQ.
Nevada State Bar No. 481
DURNEY & BRENNAN, LTD.
491 4th Street
Elko, NV  89801
(775) 777-7777

JOHN ECHEVERRIA
Nevada State Bar No. 200
ECHEVERRIA LAW OFFICE
9432 Double R Boulevard
Reno, Nevada 89521
(775) 786-4800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBYN N. SPRING, individually and as Special Administratrix of the Estate of DALE R. SPRING, deceased; CHRISTOPHER SPRING, individually; COURTNEY SPRING, individually; MELANIE VALDEZ, individually; CYNTHIA L. MILLIGAN, individually, and as Special Administratrix of the estate of THEODORE CLAYTON MILLIGAN aka CLAYTON T. MILLIGAN, deceased, and as Guardian ad Litem of CHASE RILEY MILLIGAN, a minor child; and MERAYA MILLIGAN, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>NEUTRONICS, INC., a Pennsylvania corporation; BIOMARINE, INC., a Pennsylvania corporation and wholly owned Subsdiary of NEUTRONICS, INC.; and DOES ONE through FIFTY, inclusive and each of them,<br><br>Defendants. | Case No.: 3:03-cv-627-BES (RAM)<br><br>**ORDER SHORTENING TIME**<br>(*Motion For Order Striking Defendant's Expert Disclosures And Barring Defendant's Experts From Testifying At Trial*) |

Upon ex parte application of the Plaintiffs and GOOD CAUSE appearing;

-1-

1    IT IS HEREBY ORDERED that Defendants Neutronics, Inc. and Biomarine, Inc.
2  shall have to and including  MAY 8, 2006,            within which to file and serve any
3  briefs, affidavits or other evidence in opposition to Plaintiffs' *Motion For Order Striking*
4  *Defendant's Expert Disclosures And Barring Defendant's Experts From Testifying At Trial*.
5    IT IS FURTHER ORDERED the Plaintiffs shall have to and including MAY 15, 2006,
6             within which to file and serve a final reply brief, affidavits or other evidence
7  in support of their *Motion For Order Striking Defendant's Expert Disclosures And Barring*
8  *Defendant's Experts From Testifying At Trial*.
9    Dated this  1st  day of   May          , 2006.

_____
UNITED STATES MAGISTRATE JUDGE

-2-

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.