# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBYN N. SPRING, et al., | ) | 3:03-CV-627-BES (RAM) |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 1, 2006 |
| NEUTRONICS, INC., et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI         REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' Motion to Strike (Doc. #33) is **DENIED**.

**IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                                        By:   /s/
                                                Deputy Clerk